NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MARVIN BROWN, DOC#Y52298            )
                                   )
           Appellant,              )
                                   )
v.                                 )        Case No. 2D17-3985
                                   )
STATE OF FLORIDA,                  )
                                   )
           Appellee.               )
_____)

Opinion filed March 16, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; J. Frank Porter, Judge.

PER CURIAM.


            Affirmed.


KELLY, BLACK, and BADALAMENTI, JJ., Concur.